Hon. S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOSES M. NGUGI, et al.,<br><br>Plaintiffs,<br>v.<br><br>JONATHAN G. WEEKS, Director of the United States Citizenship and Immigration Services Seattle Field Office, et al.,<br><br>Defendants. | Case No. C26-1672-SKV<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT<br><br>Noted for Consideration:<br>July 23, 2026 |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for Defendants to Answer Plaintiffs' Complaint to September 24, 2026. Good cause supports this request, as follows:

Plaintiffs filed the Complaint on May 15, 2026. They served the U.S. Attorney's Office with the Summons and Complaint on May 26, 2026, making the Answer due Monday, July 27. Through this mandamus action, Plaintiffs seek an order requiring Defendants to adjudicate their I-130 Petition for Alien Relative within 30 days.

On July 10, 2026, Defendants issued to Plaintiffs a Notice of Intent to Deny (NOID) the I-130 Petition. The NOID gives Plaintiffs until August 10, 2026, to respond to the NOID in

writing. To allow time for Defendants to adjudicate the I-130 Petition after receiving Plaintiffs' response to the NOID, the parties agree to extend the Answer deadline to 45 days after the NOID response is due, which is September 24, 2026.

**SO STIPULATED.**

DATED July 23, 2026.

Respectfully submitted,

*s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA No. 33995
Open Sky Law, PLLC
20415 72nd Ave. S., Ste. 400
Kent, WA 98032
Phone: 206-962-5052
Email: devin@opensky.law

*Attorney for Plaintiff*

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 160 words, in compliance with the Local Civil Rules.

**[~~PROPOSED~~] ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendants shall file their Answer or other response to the Complaint by September 24, 2026.

DATED this 28th day of July 2026.

S. KATE VAUGHAN
United States Magistrate Judge