Hon. Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOSES M. NGUGI, et al.,<br><br>Plaintiffs,<br>v.<br><br>JONATHAN G. WEEKS, Director of the United States Citizenship and Immigration Services Seattle Field Office, et al.,<br><br>Defendants. | Case No. 2:26-cv-01672-TL<br><br>SECOND STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT<br><br>Note on Motion Calendar:<br>September 9, 2026 |

## JOINT STIPULATION

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for Defendants to Answer Plaintiffs' Complaint to November 12, 2026. Good cause supports this request, as follows:

Plaintiffs filed the Complaint on May 15, 2026. They served the U.S. Attorney's Office with the Summons and Complaint on May 26, 2026, making the Answer due Monday, July 27. Through this mandamus action, Plaintiffs seek an order requiring Defendants to adjudicate their I-130 Petition for Alien Relative within 30 days.

On July 10, 2026, Defendants issued to Plaintiffs a Notice of Intent to Deny (NOID) the I-130 Petition. The NOID gave Plaintiffs until August 13, 2026, to respond to the NOID in

writing. Based on that NOID response deadline, the parties previously stipulated to extend the Answer deadline to September 24, 2026. ECF Nos. 5 & 6. Plaintiffs responded to the NOID by August 13, 2026, but also requested more time to gather additional evidence in response to the NOID.

Plaintiffs and Defendants have now agreed to allow Plaintiffs until October 12, 2026, to respond further to the NOID. As such, the parties also agree to extend Defendants' time to file an Answer or other response to the Complaint in this case to November 12, 2026.

**SO STIPULATED.**

DATED September 9, 2026.

Respectfully submitted,

*s/ Devin T. Theriot-Orr*
Devin T. Theriot-Orr, WSBA No. 33995
Open Sky Law, PLLC
20415 72nd Ave. S., Ste. 400
Kent, WA 98032
Phone: 206-962-5052
Email: devin@opensky.law

*Attorney for Plaintiff*

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 214 words, in compliance with the Local Civil Rules.

**~~[PROPOSED]~~ ORDER**

It is hereby ORDERED that the Parties' motion is GRANTED. Defendants shall file their Answer or other response to the Complaint by November 12, 2026.

DATED this 9th day of September, 2026.

HON. TANA LIN
United States District Judge