Hon. Tana Lin

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| Moses Ngugi et al,<br><br>Plaintiffs,<br><br>v.<br><br>Jonathan Weeks, et al.,<br><br>Defendants. | No. 2:26-cv-01672-TL<br><br>Stipulated Motion to Reset JSR Deadline<br><br><u>Noted for:</u> 09/25/2026 |

Counsel for Plaintiffs and Defendants have conferred with respect to the Court's August 3, 2026 scheduling order (Doc. 10) and agree as follows. The Court has previously extended the deadline for the Defendants to Answer the Complaint to November 12, 2026. *See* Doc. 12. The parties requested that extension to allow time for ongoing administrative proceedings that could render this case moot. Therefore, the parties request that the Court reset the deadline for the parties' Joint Status Report to November 27, 2026.

//

//

//

//



OpenSkyLaw
20415 72nd Ave S, Suite 110, Kent, WA 98032
Tel: (206) 962-5052 | Fax: (206) 681-9663
www.opensky.law

I certify that this filing complies with the time-volume rules as it is 82 words.

Respectfully submitted this 25th day of September, 2026.

OPEN SKY LAW, PLLC

/s/ Devin T. Theriot-Orr

Devin T. Theriot-Orr, WSBA 33995

20415 72nd Ave S., Ste 400
Kent, WA 98032
Tel. (206) 962-5052
Fax (206) 681-9663
Em. devin@opensky.law

*Attorneys for Plaintiffs*

UNITED STATES ATTORNEY'S OFFICE

/s/ Kyle A. Forsyth

Kyle A, Forsyth, WSBA 34609
Assistant United States Attorney
700 Steward Street, Suite 5220
Seattle, WA 98101-1271
Tel. (206) 553-7970
Fax (206) 553-2422
Em. kyle.forsyth@usdoj.gov

*Attorneys for Defendants*

**Certificate of Service**

I certify that on September 25, 2026 I filed the foregoing using the CM/ECF system and the CM/ECF system will therefore provide notice to counsel for the Defendant and the Plaintiff.

/s/ Devin T. Theriot-Orr

Devin T. Theriot-Orr, WSBA 33995

**~~[PROPOSED]~~ Order**

The parties, having stipulated and agreed, it is so ORDERED.

TANA LIN
United States District Judge



OpenSkyLaw
20415 72nd Ave S, Suite 110, Kent, WA 98032
Tel: (206) 962-5052 | Fax: (206) 681-9663
www.opensky.law